IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNA STEPP, *on behalf of M.S.* and MICHAEL STEPP, *on behalf of M.S.*, | : : : : | Civil Action No. 4:12-CV-2348 |
| Plaintiffs, | : : | (Judge Brann) |
| v. | : : : | |
| THE MIDD-WEST SCHOOL DISTRICT, | : : : : | |
| | : | (Magistrate Judge Blewitt) |
| Defendant. | : | |

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNA STEPP, *on behalf of M.S.* and MICHAEL STEPP, *on behalf of M.S.*, | : : : : | Civil Action No. 4:12-CV-2290 |
| Plaintiffs, | : : | (Judge Brann) |
| v. | : : : | |
| THE MIDD-WEST SCHOOL DISTRICT, | : : : : | |
| | : | (Magistrate Judge Blewitt) |
| Defendant. | : | |

**ORDER**

April 18, 2013

**BACKGROUND:**

On April 11, 2013, Magistrate Judge Thomas M. Blewitt issued a six-page report and recommendation in each of the above two captioned cases, granting the concurred-in motions to consolidate. (Doc. Nos. 9 and 7). The undersigned will adopt the report and recommendations[1] of Magistrate Judge Blewitt and will consolidate the actions.

In addition to the consolidation request, the parties requested that the case be transferred to the Harrisburg Division of this Court. It appears that the desire for a change of location is predicated not so much for the convenience of the plaintiffs and the employees of the defendant, who appear to reside equidistant between Harrisburg and Williamsport, but for the attorneys who practice in Harrisburg and Carlisle, respectively. The undersigned sits in Williamsport, and it is difficult for the undersigned and his staff to travel to Harrisburg, particularly in light of recent sequestration efforts. This request will be addressed with the parties and their counsel at the time of the pre-trial conference.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

---

[1] Magistrate Judge Blewitt recommended that the undersigned consolidate 4:12-CV-2290 into 4:12-CV-2348. The clerk has advised the court that the newer case should be consolidated into the older case, thus, the undersigned will consolidate 4:12-CV-2348 into 4:12-CV-2290.

1. The Report and Recommendations of Magistrate Judge Blewitt are ADOPTED in part. Report and Recommendation, April 11, 2013, ECF Nos. 7 and 9.

2. The clerk is directed to close 4:12-CV-2348 and consolidate that action into 4:12-CV-2290.

2. 4:12-CV-2290 is referred back to Magistrate Judge Blewitt for further proceedings.

s/Matthew W. Brann
Matthew W. Brann
United States District Judge
